USA-153Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

In the United States District Court

for the Southern     DISTRICT OF     Ohio

UNITED STATES OF AMERICA

V.

David Michael Thompson

CRIMINAL NUMBER:

1:13-CR-008

Consent to Transfer of Case for Plea
and Sentence
*(Under Rule 20)*

I, David Michael Thompson _____, defendant, have been informed that an (*indictment, information, complaint*) is pending against me in the above designated cause. I wish to plead Guilty _____ to the offense charged, to consent to the disposition of the case in the Southern _____ District of Illinois _____ in which I, David M. Thompson _____, (am under arrest, am held) and to waive trial in the above captioned District.

Dated: 10/22   20 13 at 12:00 pm

_____
*(Defendant)*

_____
*(Witness)*

_____
*(Counsel for Defendant)*

_____
*(Assistant United States Attorney)*

Approved

_____
United States Attorney for the
Southern _____ District of
Illinois

_____
United States Attorney for the
Southern _____ District of
Ohio