

# United States District Court
## Southern District of Ohio

www.ohsd.uscourts.gov

---

John P. Hehman, Clerk of Court

| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, OH 45202<br>513-564-7500 | Joseph P. Kinneary U.S. Courthouse<br>85 Marconi Boulevard<br>Columbus, OH 43215<br>614-719-3000 | Federal Building<br>200 West Second Street<br>Dayton, OH 45402<br>937-512-1400 |

November 20, 2013

Clerk, U.S. District Court
Southern District of Illinois
Melvin Price Federal Bldg. and U.S. Courthouse
750 Missouri Avenue, Room 104
East St. Louis, IL   62201

Re: <u>USA v. David Michael Thompson, 1:13-cr-00008</u>

Dear Clerk:

     Pursuant to Fed.R.Crim.P.   Rule 20, the above styled case is transferred to your district for disposition.

     Enclosed are certified copies of the Consent to Transfer form, Indictment and docket sheet.   Instructions for retrieving any other electronic case filings are as follows:

    **CLICK ON:**
        **-J-NET**
        **-Court and Related Sites Icon**
        **-Ohio Southern District**
        **-Sixth Circuit**
        **-Ohio Southern District Court (Cincinnati)**
        **-Internet Web Site (http://www.ohsd.uscourts.gov)**
        **-Electronic Case Filing (CM/ECF)**
        **-Electronic Case Filing Log-In (Toolbar at top of page)**

**The Next Screen shows -** Welcome to the District CM/ECF LIVE Area
- Click on the District Version 6.0 Live System hyperlink

At login type*: **Your Court's Pacer Login**
    Password: ***Your Court's Pacer password***
Skip "Client Code" , and click on the NEXT button

Once you are into CM/ECF at the top Click on REPORTS to print the docket sheet:

> **-Reports**
> **-Docket Sheet**
> **-Type in (our) Case Number**
> -**Run Report**

    To print each item on the docket sheet click on the underlined document number and print.

If the document does not have an underlined document number or if it does not have a document number at all, then there will be nothing to print. It will be just what is printed on the docket sheet.

**NOTE:** Once you have retrieved our case information for the transfer case, please e-mail this notice back to our court at kevin_moser@ohsd.uscourts.gov.

                                                  Sincerely,

                                      John P. Hehman
                                      Clerk

                                      By: s/Kevin Moser_____
                                      Kevin Moser
                                      Deputy Clerk

_____

Date Filed: _____

Case Number: _____

Judge Assigned: _____